```
                                                    F I L E D
                                               CLERK, U.S. DISTRICT COURT

                                                    3/27/2024

                                              CENTRAL DISTRICT OF CALIFORNIA
                                              BY: _____TV_____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:24-cr-00202-WLH |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [26 U.S.C. § 7206(1): Subscribing to a False Tax Return] |
| SONJA FRITINA SHELBY, | |
| Defendant. | |

The United States Attorney charges:

[26 U.S.C. § 7206(1)]

On or about April 11, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendant SONJA FRITINA SHELBY willfully made and subscribed to a materially false United States Individual Income Tax Return, Form 1040, for calendar year 2018, which was filed with the Internal Revenue Service and verified by a written declaration that it was made under the penalties of perjury, and which income tax return defendant SHELBY did not believe to be true as to every material matter, in that, on such Form 1040, defendant SHELBY reported on line 10 that her taxable

income for calendar year 2018 was $0, when, as defendant SHELBY then knew, her taxable income for that year was substantially higher than she reported.

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

SCOTT PAETTY
Assistant United States Attorney
Deputy Chief, Major Frauds Section

JEFF MITCHELL
Assistant United States Attorney
Major Frauds Section