```
                    F I L E D
              CLERK, U.S. DISTRICT COURT

                    3/27/2024

              CENTRAL DISTRICT OF CALIFORNIA
              BY: _____TV_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  PLAINTIFF<br><br>     v.<br><br>SONJA FRITINA SHELBY,<br><br>                  DEFENDANT(S) | CASE NUMBER<br><br>CR No.    2:24-cr-00202-WLH<br><br>**NOTICE TO COURT OF<br>RELATED CRIMINAL CASE**<br><br>(PURSUANT TO GENERAL ORDER 14-03) |

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. Lupe Rose</u>, Case No. CR 24-00037-GW, which:

   __X__    was previously assigned to the Honorable George Wu;

   _____    has not been previously assigned.

The above-entitled cases may be related for the following reasons:

   __X__    the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

   _____    the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):

Dated: March 27, 2024                           */s/ Jeff Mitchell*
                                                               JEFF MITCHELL
                                                               Assistant United States Attorney